### 17217.   JOHNSON *v.* THE STATE.

BROYLES, C. J.   1. The exception to a portion of the charge of the court can not be considered, as the exception fails to point out the alleged error therein.

2. The verdict was authorized by the evidence.

    *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

    DECIDED MAY 12, 1926.

Conviction of possession of liquor; from city court of Albany— Judge Clayton Jones.   January 23, 1926.

*Cowart & Durden,* for plaintiff in error.

*R. E. L. Spence Jr., solicitor,* contra.

---

Criminal Law, 17 C. J. p. 86, n. 34.